197 So. 75

### Clyde ROBERTSON v. STATE.

### 6 Div. 714.

Supreme Court of Alabama.

June 27, 1940.

Dan Trawick, Jr., and Clark & Trawick, all of Birmingham, for petitioner.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., opposed.

KNIGHT, Justice.

This cause is before us on petition of Clyde Robertson for writ of certiorari to the Court of Appeals to review and revise the opinion and judgment of said Court in the case of Clyde Robertson v. State, 29 Ala.App. 399, 197 So. 73.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.